# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER WELKER,<br><br>Defendant. | CR-18-06-H-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on June 14, 2023. (Doc. 89.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 13, 2023. (Doc. 89.) The United States accused Heather Welker (Welker) of violating her conditions of supervised release by failing to obtain employment by May 22, 2023. (Doc. 74.)

At the revocation hearing, Welker admitted to violating the conditions of her supervised release by failing to obtain employment by May 22, 2023. (Doc. 88.) Judge Johnston found that the violation that Welker admitted proved to be serious and warranted revocation, and recommended that Welker receive a custodial sentence of time served, followed by no supervised release to follow. (Doc. 89.) Welker was advised of her right to appeal and her right to allocute before the undersigned and waived those rights. (Doc. 88.) The violations prove serious and warrant revocation of Welker's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 89) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Heather L. Welker be sentenced to the custody of the United States Bureau of Prisons for at term of time served with no supervised release to follow.

DATED this 15th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court